389 A.2d 186

Commonwealth ex rel. Bennett v. Adams, Appellant, et al.

Submitted March 21, 1977.   Mark Mendenhall,

for appellant; Jack M. Myers, and Atkinson, Myers, Archie & Wallace, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.